IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MCCULLOUGH, #174909, ) ) ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION NO. 3:04cv320-MEF |
| ) | (WO) |
| CHAMBERS COUNTY, et al., ) ) | |
| Defendants. ) | |

# **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on June 2, 2006, said Recommendation is adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that:

1. Defendants' motion for summary judgment with respect to the unlawful arrest and illegal search and seizure claims (Doc. # 34) is GRANTED;

2. Judgment is entered in favor of defendants and against plaintiff on the unlawful arrest and illegal search and seizure claims;

3. Plaintiff's challenge to the validity of his 2002 first degree burglary and second degree theft of property convictions is DISMISSED under 29 U.S.C. § 1915(3)(2)(B)(ii);

4. Plaintiff's complaint against defendant Chambers County is DISMISSED under 28 U.S.C. § 1915(3)(2)(B)(i);

    5.  This case is DISMISSED with prejudice; and

    6.  Costs of the proceeding are TAXED against plaintiff for which execution may issue.

Done this the 13th day of July, 2006.

                                          /s/ Mark E. Fuller
                                CHIEF UNITED STATES DISTRICT JUDGE